UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:04-CR-071 JD |
| | ) | |
| RODGER GRIGGS (05) | ) | |

## OPINION AND ORDER

Now before the Court is a motion by the Defendant Rodger Griggs dated November 4, 2014. [DE 632]. The title of the motion states that it is seeking a sentence reduction under 18 U.S.C. § 3582, but Mr. Griggs is ineligible for such a reduction, and the Court has already denied the same request by Mr. Griggs, so the motion is denied. In addition, much of the content of the motion raises arguments contesting Mr. Griggs' conviction. As the Court has told Mr. Griggs on multiple occasions, however, the Court cannot entertain any further collateral attacks on Mr. Griggs' conviction or sentence until he has received permission from the court of appeals. 28 U.S.C. § 2255(h). If Mr. Griggs wishes to request such permission, he should file a petition directly with the Seventh Circuit Court of Appeals.

SO ORDERED.

ENTERED:  November 17, 2014 

_____/s/ JON E. DEGUILIO_____
Judge
United States District Court